# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LEE BALLINGER,<br><br>　　　　　　　Defendant. | NO. CR07-412-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 13, 2012. The United States was represented by Assistant United States Attorney Thomas S. Woods for Tessa Gorman, and the defendant by Barry Flegenheimer.

　　　　The defendant had been charged with Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j) and 924(a)(2). On or about December 12, 2008, defendant was sentenced by the Honorable John C. Coughenour to a term of 51 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, submit to search, participate in the residential reentry center (RRC) for 90 days and financial disclosure.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated February 6, 2012, U.S. Probation Officer Jennifer Van Flandern asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to reside in and satisfactorily participate in a Residential Reentry Center (RRC) on January 11, 2012, as directed by the probation [ ] office, in violation of the special condition requiring him to reside and participate in an RRC for 90 days.

The defendant was advised of his rights, acknowledged those rights, and admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on the violation has been set before the Honorable John C. Coughenour on March 2, 2012 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 14th day of February, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Tessa Gorman
Defendant's attorney: Barry Flegenheimer
Probation officer: Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2